IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDGAR EDUARDO CADILLO SALAZAR,<br><br>     Petitioner,<br><br> v.<br><br>KRISTI NOEM, Secretary, Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, PAM BONDI, Attorney General, DAREN MARGOLIN, Director for Executive Office for Immigration Review, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement (ICE), IMMIGATION AND CUSTOMS ENFORCEMENT, DAVID EASTERWOOD, St. Paul ICE Field Office Director, ROB JEFFREYS, Nebraska Department of Correctional Services Director, OMAHA IMMIGRATION COURT,<br><br>     Respondents. | 4:26CV3045<br><br>**REASSIGNMENT ORDER** |

  This case is related to case number 8:26CV44. *See* NEGenR 1.4(a)(4)(C)(iii). Accordingly, pursuant to NEGenR 1.4(a)(4)(B), this case is reassigned to Senior District Judge John M. Gerrard for disposition and remains assigned to Magistrate Judge Michael D. Nelson for judicial supervision.

  IT IS SO ORDERED.

Dated this 13th day of February 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge