IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EDGAR EDUARDO CADILLO SALAZAR,

Petitioner,

vs.

KRISTI NOEM, Secretary, Department of Homeland Security, et al.,

Respondents.

4:26-CV-3045

JUDGMENT

For the reasons stated in the accompanying memorandum and order, the petition for writ of habeas corpus (filing 1) is denied.

Dated this 18th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge